UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CIV-81246-ZLOCH

JAMES SMITH, and all others
similarly situated under 29 U.S.C. 216 (b),

    Plaintiff,

v.

AUSSIE BOOMERANG BAR
ON THE AVENUE, INC.,

    Defendant.
_____/

## MEDIATED SETTLEMENT AGREEMENT

Pursuant to the Mediation Conference held the 17th day of December, 2015, the Parties incorporate all of the clauses and provisions on the following page and further agree to a full and final settlement of all terms as follows:

1. Defendant Aussie Boomerang agrees to pay Plaintiff James Smith the sum of 3750" as full settlement of all claims. Defendants payment is to be 5 days after Approval of settlement by the Court. Said payment is not to be used as an Admission of fault. Payment to be made to David Markel Trust Account.

2. This Agreement is to remain confidential and confidentiality is a material term of this Agreement and the consideration for said confidentiality is the mutual promises to be performed by the parties.

3. Plaintiff agrees not to seek re-employment with Defendant.

4. Defendant shall pay the entire mediation fee.

5. Other than 4 above each party bears it respective fees + costs.

The parties agree to enter into a formal settlement agreement incorporating the terms hereof in a standard form.

The Mediated Settlement Agreement herein has been entered into freely and voluntarily in all respects. It has been read and explained to the parties and has been accurately translated when required.

In the event any portion of this Agreement is illegal or unenforceable, then the remainder of the Agreement shall be fully enforceable.

The parties stipulate that the Court shall not dismiss the litigation to which this mediation is related until a formal Settlement Agreement is concluded in all respects and approved by the Court and the parties agree that the Court shall reserve jurisdiction to enforce this Settlement Agreement.

All parties signing this Agreement have full authority to execute the same on behalf of the Plaintiff (s) and/or Defendant (s), respectively.

In the event that any party breaches this Agreement or the final Agreement or refuses to comply with this Agreement or the final Agreement, then the other party shall be entitled to enforcement of this Settlement Agreement by the entry of Judgment by the Court herein and further be entitled to attorney fees, interest and Court costs herein.

Date: 12/17/15

Plaintiff: *Carmel Smith*

Defendant: *R.J. Reg – for Aussie Boomerang Bar on the Avenue Inc*

Plaintiff:

Attorney for Plaintiff:

Defendant:

Attorney for Defendant: